**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS HEALTHY ALTERNATIVES ASSOCIATION; MNG 2005, INC.; GREEN STREET 79 LLC; LIFE ELEMENT, LLC; OPT HOLDINGS TECHNOLOGIES LLC; ZADA VENTURES LLC, d/b/a Cubbington's Cabinet,<br><br>Plaintiffs<br><br>v. | Case No. 26-cv-13799 |
| KWAME RAOUL, Attorney General of Illinois; JERRY F. COSTELLO II, Director, Illinois Department of Agriculture; MARIO TRETO, JR., Secretary, Illinois Department of Financial and Professional Regulation; BRENDAN KELLY, Director, Illinois State Police; DAVID HARRIS, Director, Illinois Department of Revenue; SAMEER VOHRA, M.D., Director, Illinois Department of Public Health,<br><br>Defendants. | Hon. Martha M. Pacold |

**JOINT STATUS REPORT**

Plaintiffs Illinois Healthy Alternatives Association; MNG 2005 Inc.; Green Street 79 LLC; Life Element, LLC; OPT Holdings Technologies LLC; and Zada Ventures LLC, d/b/a Cubbington's Cabinet (collectively, the "Hemp Company Plaintiffs") and Kwame Raoul, Attorney General of Illinois; Jerry F. Costello II, Director of Illinois Department of Agriculture; Mario Treto, Jr., Secretary of the Illinois Department of Financial and Professional Regulation; Brendan Kelly,

Director of Illinois State Police; David Harris, Director of Illinois Department of Revenue; and Sameer Vohra, Director of Illinois Department of Public Health (collectively, the "State Defendants"), through their undersigned counsel, hereby submit the following Joint Status Report pursuant to the Court's November 6, 2026 order (Dkt. 9):

1. On November 5, 2026, the Hemp Company Plaintiffs filed a complaint for declaratory and injunctive relief against the State Defendants. The Hemp Company Plaintiffs also filed an emergency motion for a temporary restraining order and preliminary injunction to enjoin the enforcement of the Illinois Hemp Act, 410 ILCS 707/1-999, set to take effect on November 12, 2026.

2. The Hemp Company Plaintiffs contacted the Court regarding the urgency of the matter.

3. The Court entered a minute order requiring the parties to file this status report to report on the proposed next steps.

4. To allow for additional time for briefing and decision regarding the challenged statute, the State Defendants have agreed not to undertake any enforcement action pursuant to the Hemp Act against the Hemp Company Plaintiffs, including the Association's members, through November 19, 2026, subject to terms agreed by the parties on November 6, 2026, and subject to the Hemp Company Plaintiffs' sending the State Defendants by November 6, 2026, a list of the Association's members as of November 6, 2026.

5. The parties propose the following hearing, briefing, and oral argument schedule on the motion for temporary restraining order and preliminary injunction:

a. The State Defendants to file their response by November 13, 2026.

b. The Hemp Company Plaintiffs to file any reply by November 17, 2026.

c. Argument of the emergency motion for temporary restraining order and preliminary injunction is set for November 19, 2026, at ________________________.

Dated: November 6, 2026

Respectfully submitted,

By: /s/ Michael I Rothstein

Michael I Rothstein (ARDC 6195991)
Nathaniel G. Goodman (ARDC 6339039)
Jonathan P. Parts (ARDC 6349744)
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., Suite 700
Chicago, IL 60604
mrothstein@tdrlaw.com
ngoodman@tdrlaw.com
jparts@tdrlaw.com

*Attorneys for Hemp Company Plaintiffs*

By: /s/ R. Douglas Rees

R. Douglas Rees
Aaron Dozeman
Deputy Attorney General, Civil Litigation
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
Cell: (773) 590-7003
Richard.rees@ilag.gov
Aaron.dozeman@ilag.gov

*Attorneys for State Defendants*