**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Illinois Healthy Alternatives Association, et al.
Plaintiff,
v.
Case No.: 1:26−cv−13799
Honorable Martha M. Pacold
Kwame Raoul, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court adopts the proposed briefing and argument schedule, [10]. Plaintiffs' response is due by 11/13/2026. Defendants' reply to be filed by 11/17/2026. Oral argument on the pending emergency motion for a temporary restraining order and preliminary injunction, [3], will be held on 11/19/2026 at 2:00 p.m., in Courtroom 2325. Each side will have 20 minutes. The order of argument will track the order of the briefs (movant's argument, nonmovant's response, movant's rebuttal), and the movant may reserve a portion of the 20 minutes for rebuttal. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.